```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE E. CARRASCO,                                                      :
                                                                       :
                              Petitioner,                              :
                                                                       :         17-CV-7434 (JPC)
              -v-                                                      :
                                                                       :              ORDER
CHRISTOPHER MILLER,                                                    :
                                                                       :
                              Respondent.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a letter from Petitioner, dated November 26, 2020 but docketed on December 3, 2020, in which Petitioner states that he has received Judge Moses's Report and Recommendation regarding his Petition for a Writ of Habeas Corpus, and contends that he seeks to file a "'certificate' . . . asking for permission to appeal that denied recommendation."  (Dkt. 61.) Petitioner represents that he has been transferred from his previous facility and does not have access to his legal papers, and therefore asks for an "extension of time" to file his "appeal." (*Id.*)  The Court interprets this as a request for additional time to file written objections to Judge Moses's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.  In light of Petitioner's representation that he has limited access to his legal papers, it is hereby ORDERED that Petitioner shall have until December 31, 2020 to file any objections to the Report and Recommendation.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: December 4, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge