## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSE E. CARRASCO,

                Plaintiff,                      17 **CIVIL** 7434 (JPC)

     -against-                           **JUDGMENT**

CHRISTOPHER MILLER, Superintendent of
Great Meadow Correctional Facility,
                       Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2021, the Report and Recommendation is adopted in its entirety and the Petition is DENIED. Because petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), I further recommend that no certificate of appealability be issued pursuant to 28 U.S.C. §2253(c)(1)(A); accordingly, the case is closed.

**Dated:**  New York, New York
         March 19, 2021

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**
                       **BY:**     *K. Mango*
                                                **Deputy Clerk**